UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case NO. 02-CR–35

RICHARD LEE BOWDEN,

    Defendant.
_____/

### ORDER GRANTING GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE

This matter has come before the court on government's "Request for Extension of Time to File Response to the Defendant's Motion to Vacate and Set Aside Sentence" filed on November 20, 2008.

IT IS ORDERED that the Request for Extension is **GRANTED**. The government shall file its response to the defendant's motion by **January 16, 2009, a reply if any is to be filed by January 30, 2009.**

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 24, 2008, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522